UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**THOMAS L. PHILLIPS (#94730)**                               CIVIL ACTION
**VERSUS**

**BURL CAIN, WARDEN, ET AL.**                                NO. 09-0999-JJB-CN

**O R D E R**

Considering the plaintiff's recent correspondence, wherein he complains that his requests for issuance of payment from his inmate account to the Clerk of this Court in satisfaction of the Court's filing fee have not been honored,

**IT IS ORDERED** that this Order be served on the Centralized Inmate Banking Office for the Louisiana Department of Public Safety and Corrections for the issuance of a check in the amount of $350.00 drawn against the petitioner's inmate drawing and/or savings account in payment of the required court costs for the filing of this suit. Such payment shall not be made, however, if prior to service of this Order, the Department has previously honored the plaintiff's requests for such payment.

**IT IS FURTHER ORDERED** that the petitioner shall maintain sufficient funds in his drawing and/or savings account to cover payment of the check for the $350.00 docketing fee.

Signed in chambers in Baton Rouge, Louisiana, December 16, 2009.

                                         _____
                                         **MAGISTRATE JUDGE CHRISTINE NOLAND**

CIB