UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOMAS PHILLIPS (#94730)

VERSUS

BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO. 09-999-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 22, 2010 (doc. no. 22) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion for new trial (doc. no. 17) is DENIED.

Baton Rouge, Louisiana, this 19th day of October, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE